```
1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  OWEN P. MARTIKAN (CSBN 177104)
   Assistant United States Attorneys
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7241
7     Facsimile: (415) 436-7234
      owen.martikan@usdoj.gov
8
   Attorneys for Plaintiff
9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No.: 3-08-70179 JCS |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER EXCLUDING TIME** |
| v. ) | |
| ) | |
| CYNTHIA PHILLIP CURRAN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

On April 16, 2008, the parties in this case appeared before the Court for a preliminary hearing. At that time, the parties requested and the Court agreed to continue the hearing to April 29, 2008. The parties further stipulated that pursuant to Federal Rule of Criminal Procedure (FRCP) 5.1(d), the time limits set forth in FRCP 5.1(c) be excluded from April 16, 2008, to and including April 29, 2008. The parties agree that – taking into account the public interest in prompt disposition of criminal cases – good cause exists for this extension. Defendant also agrees to exclude for this period of time any time limits applicable under Title 18, United States Code, Section 3161. This continuance is the reasonable time necessary for continuity of defense

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR 3-08-70179 JCS

1  counsel and effective preparation of defense counsel, taking into account the exercise of due
2  diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties agree that the ends of justice served
3  by granting such a continuance outweigh the best interests of the public and the defendant in a
4  speedy trial. See 18 U.S.C. § 3161(h)(8)(A).
5      The parties also agree that the statute of limitations for the charges in the complaint shall
6  be tolled from the date the complaint was filed, March 26, 2008.
7  SO STIPULATED:

DATED: 4/18/08

JOSEPH P. RUSSONIELLO
United States Attorney

_____
OWEN P. MARTIKAN
Assistant United States Attorney

DATED: 4/17/08

_____
GEOFFREY ROTWEIN
Attorney for Cynthia P. Curran

### [PROPOSED] ORDER

For the reasons stated above, the Court finds that an exclusion of time from April 16, 2008, to and including April 29, 2008, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161(h)(8)(A); FRCP 5.1(d). The failure to grant the requested continuance would deny Ms. Curran continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv). The Court also agrees that the statute of limitations for the offenses charged in the complaint shall be tolled beginning March 26, 2008, when the complaint was filed.

SO ORDERED.

DATED: _____

_____
HON. JAMES LARSON
United States Magistrate Judge

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR 3-08-70179 JCS