| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | OWEN P. MARTIKAN (CSBN 177104)<br>Assistant United States Attorneys |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-7241<br>Facsimile: (415) 436-7234<br>owen.martikan@usdoj.gov |
| 7 | |
| 8 | Attorneys for Plaintiff |
| 9 | |

**FILED**

JUL 0 2 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No.: 3-08-70179 MAG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED]<br>ORDER EXCLUDING TIME |
| v. | ) | |
| CYNTHIA PHILLIP CURRAN, | ) | |
| | ) | |
| Defendant. | ) | |

On June 5, 2008, the parties in this case appeared before the Court for a preliminary hearing. At that time, the parties requested and the Court agreed to continue the preliminary hearing in this matter to September 4, 2008. The parties further stipulated that pursuant to Federal Rule of Criminal Procedure (FRCP) 5.1(d), the time limits set forth in FRCP 5.1(c) be excluded from June 5, 2008, to and including September 4, 2008. The parties agree that – taking into account the public interest in prompt disposition of criminal cases – good cause exists for this extension. Defendant also agrees to exclude for this period of time any time limits applicable under Title 18, United States Code, Section 3161. This continuance is the reasonable time necessary for

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR 3-08-70179 MAG

1  continuity of defense counsel and effective preparation of defense counsel, taking into account
2  the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties agree that the ends
3  of justice served by granting such a continuance outweigh the best interests of the public and the
4  defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).
5      The parties also agree that the statute of limitations for the charges in the complaint shall
6  be tolled from the date the complaint was filed, March 26, 2008.
7  SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

10  DATED: 7/1/08

OWEN P. MARTIKAN
11  Assistant United States Attorney

13  DATED: 7/1/08

GEOFFREY ROTWEIN
14  Attorney for Cynthia P. Curran

16                    [PROPOSED] ORDER

17  For the reasons stated above, the Court finds that an exclusion of time from June 5, 2008, to
18  and including September 4, 2008, is warranted and that the ends of justice served by the
19  continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18
20  U.S.C. §3161 (h)(8)(A); FRCP 5.1(d). The failure to grant the requested continuance would
21  deny Ms. Curran continuity of counsel and would deny defense counsel the reasonable time
22  necessary for effective preparation, taking into account the exercise of due diligence, and would
23  result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv). The Court also agrees that
24  the statute of limitations for the offenses charged in the complaint shall be tolled beginning
25  March 26, 2008, when the complaint was filed.
26  SO ORDERED.
27  DATED: 7-2-08

Maria Elena James
HON. _____
28  United States Magistrate Judge

STIP. & [PROPOSED] ORDER EXCLUDING TIME